# CASE ANNOUNCEMENTS

*April 3, 2008*

[Cite as *04/03/2008 Case Announcements*, 2008-Ohio-1621.]

## MISCELLANEOUS ORDERS

**2008–0521.   In re Application of Mitchell.**
This cause is pending before the court upon the filing of a report by the Board of Commissioners on Character and Fitness. On March 31, 2008, applicant, Geoffrey Christopher Mitchell, filed a motion to unseal record. Upon consideration thereof,

It is ordered by the court that the motion is granted, and the record in this matter shall be unsealed.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–0289.   State ex rel. Barnes v. Cleveland.**
In Mandamus.